# EXHIBIT A

| Def. # | Seller Alias | Email |
|---|---|---|
| 1 | PIPIXIA-US | guyunzhui601@163.com |
| 2 | FaYaCa US | fayaca69@hotmail.com |
| 3 | JWDX | linawiwjc40266@163.com |
| 4 | DiManFeng Inc | ieghskalpx@126.com |
| 5 | Hanzidakd Clothing | shuiyunziye@163.com |
| 6 | Sunhillsgrace.Co. Ltd | kuaileyibeizio@yeah.net |
| 7 | duohahaa | zhangqian747@outlook.com |
| 8 | FNGZ | qeubda@126.com |
| 9 | Zainafacai | doog996@126.com |
| 10 | Ywlanda | as4faw8f4@163.com |
| 11 | MK Trading Co. LTD | lorrainecd8f@hotmail.com |